## A90A0137. FIRST FINANCIAL INSURANCE COMPANY v. RAINEY et al.
(406 SE2d 487)

BANKE, Presiding Judge.

The appellees in this case sued to recover certain. "no-fault" automobile insurance benefits allegedly owed them by the appellant insurer, along with a bad-faith penalty, punitive damages and attorney fees. The trial court awarded them summary judgment on their claim for the insurance benefits, and a jury returned a verdict in their favor on the claim for a bad-faith penalty, punitive damages, and attorney fees. In *First Financial Ins. Co. v. Rainey*, 195 Ga. App. 655 (394 SE2d 774) (1990), this court affirmed both awards. However, on certiorari, the Georgia Supreme Court reversed the portion of our judgment affirming the award of a bad-faith penalty, punitive damages, and attorney fees. *First Financial Ins. Co. v. Rainey*, 261 Ga. 52 (401 SE2d 490) (1991). In accordance with the decision of the Supreme Court, Divisions 3 through 6 of our previous decision in the case are hereby vacated, and the judgment of the trial court is hereby affirmed in part and reversed in part.

*Judgment affirmed in part and reversed in part. Sognier, C. J., McMurray, P. J., Birdsong, P. J., Carley, Pope, Beasley, Cooper and Andrews, JJ., concur.*

DECIDED MAY 7, 1991.

*Crim & Bassler, Harry W. Bassler, Philip G. Pompilio*, for appellant.

*Burt & Swan, Walter H. Burt III, William S. Stone*, for appellees.